389 A.2d 199

Commonwealth v. O'Hara, Appellant.

Submitted November 14, 1977. John Edward Calior, and Rodgers, Marks & Perfilio, for appellant; Charles S. Hersh, Assistant District Attorney, and Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.